United States District Court
Southern District of Texas
**ENTERED**
April 16, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| **ADRIAN CERVANTES** § <br> *Plaintiff,* § <br> § <br> **V.** § <br> § <br> § <br> **STATE FARM MUTUAL AUTOMOBILE** § <br> **INSURANCE COMPANY** § <br> *Defendant.* § | Civil Action No. 7:24-cv-517 |

# O R D E R

Considering the foregoing Rule 41(a) Stipulation of Partial Voluntary Dismissal,

IT IS ORDERED that the above-entitled cause is hereby dismissed with prejudice as to State Farm Mutual Automobile Insurance Company, with each party to bear their own costs.

IT IS FURTHER ORDERED that the that the above-entitled cause is hereby dismissed with prejudice as to State Farm Mutual Automobile Insurance Company.

On this  16th  day of      April      , 2025.

_____
United States District Judge